**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GEORGE V. CONARD, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 07-217 Erie |
| v. | ) |
| MARILYN BROOKS, | ) |
| Respondent. | ) |

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on August 17, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 2], filed on August 28, 2007, recommended that Petitioner's Petition be transferred to the Middle District of Pennsylvania. Plaintiff was allowed ten (10) days from the date of service to file objections and service was made on Petitioner by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of September, 2007;

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation [Doc. No. 2] of Magistrate Judge Baxter, filed on August 28, 2007, is adopted as the opinion of the Court. The clerk is directed to mark the case closed.

                                        s/ Sean J. McLaughlin
                                        United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge